IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

HANK CAMPBELL                                                                                         PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:23-cv-130-HTW-LGI

MAKERSTAR CAPITAL, INC.; JEFFREY BELL,
IN HIS OFFICIAL CAPACITY AS A REPRESENTATIVE
OF MAKERSTAR CAPITAL, INC.
AND DOES 1-10                                                                                      DEFENDANTS

CORPORATE DISCLOSURE STATEMENT OF
MAKERSTAR CAPITAL, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7(c), Defendant Markerstar Capital, Inc. ("Makerstar") makes the following disclosure:

Markerstar is a corporation organized under the laws of the State of Delaware with a principal place of business located at 2675 S. Jones Blvd., Ste 205/206, Las Vegas, Nevada 89146. Makerstar is a wholly owned subsidiary of Makerstar US Holding Limited.

Dated:  April 13, 2023.

**MAKERSTAR CAPITAL, INC.**

By:   */s/ Alston F. Ludwig*
      Alston F. Ludwig, One of Its Attorneys

**OF COUNSEL:**

John E. Wade, MSB No. 6850
jwade@brunini.com
Alston F. Ludwig, MSB No. 103241
aludwig@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Post Office Drawer 119 (39205)
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing all counsel of record.

DATED: April 13, 2023.

*/s/ Alston F. Ludwig*
Alston F. Ludwig
