### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**HANK CAMPBELL**                                                                                   **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 3:23-cv-130-HTW-LGI**

**MAKERSTAR CAPITAL, INC.; JEFFREY BELL,**
**IN HIS OFFICIAL CAPACITY AS A REPRESENTATIVE**
**OF MAKERSTAR CAPITAL, INC.**
**AND DOES 1-10**                                             **DEFENDANTS**

---

### NOTICE OF SERVICE

---

Notice is hereby given that Defendant, Makerstar Capital, Inc., by and through its counsel of record, served in the above-entitled action a true and correct copy of Initial Disclosures of Makerstar Capital, Inc. upon all counsel of record, via electronic mail, on May 31, 2023.

Dated: May 31, 2023.

                                                               Respectfully submitted,

                                                               **MAKERSTAR CAPITAL, INC.**

                                                               By:   */s/ Alston F. Ludwig*
                                                                          Alston F. Ludwig, One of Its Attorneys

**OF COUNSEL:**

John E. Wade, MSB No. 6850
jwade@brunini.com
Alston F. Ludwig, MSB No. 103241
aludwig@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Post Office Drawer 119 (39205)
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing all counsel of record.

Dated: May 31, 2023.

                                                  */s/ Alston F. Ludwig*
                                                    Alston F. Ludwig